Abran E. Vigil, Esq.
Nevada Bar No. 7548
Sylvia O. Semper, Esq.
Nevada Bar No. 12863
**BALLARD SPAHR LLP**
100 North City Parkway, Suite 1750
Las Vegas, Nevada  89106
Telephone:  (702) 471.7000
Facsimile:  (702) 471.7070
E-mail: vigila@ballardspahr.com
E-mail: sempers@ballardspahr.com

David H. Braff, Esq.*
Matthew A. Schwartz, Esq.*
Andrew H. Reynard, Esq.*
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York  10004
Telephone:  (212) 558.4000
Facsimile:  (212) 558.3500
E-mail: braffd@sullcrom.com
E-mail: schwartzmatthew@sullcrom.com
E-Mail: reynarda@sullcrom.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff and Counterclaim
Defendant, Goldman, Sachs & Co.*

Robert A. Winner, Esq.
Nevada Bar No. 5167
Brent A. Carson, Esq.
Nevada Bar No. 5903
**WINNER & CARSON, P.C.**
510 South Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 471.1111
Facsimile:  (702) 471.0110
E-mail: raw@winnercarson.com
E-mail: bac@winnercarson.com

Joseph C. Peiffer, Esq.*
**PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE, APLC**
201 St. Charles Avenue
Suite 4610
New Orleans, Louisiana 70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
E-mail: jpeiffer@prwlegal.com

*Admitted Pro Hac Vice*

*Attorneys for Defendant and Counterclaim
Plaintiff, City of Reno*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDMAN, SACHS & CO., | Case No.: 3:12-cv-00327-RCJ-WGC |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER** |
| CITY OF RENO, NEVADA, | |
| Defendant. | |

WHEREAS, on September 19, 2016, defendant City of Reno, Nevada ("Reno") filed a motion to disqualify ("Motion") certain defense counsel for defendant Goldman, Sachs & Co. ("Goldman Sachs");

WHEREAS, pursuant to District of Nevada Local Rule 7-2(b), Goldman Sachs' opposition to Reno's Motion is due on October 3, 2016, and Reno's reply in further support of its Motion is due on October 10, 2016; and

WHEREAS, counsel for Goldman Sachs and Reno have conferred and agreed that Goldman Sachs may extend the due date for its opposition to Reno's Motion to October 17, 2016, and that Reno may extend the due date for its reply in further support of its Motion to November 7, 2016.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

1. Goldman Sachs' opposition to Reno's Motion shall be due on October 17, 2016; and

2. Reno's reply in further support of its Motion shall be due on November 7, 2016.

The parties have agreed to reserve all other rights.

Dated: September 20, 2016

/s/ Abran E. Vigil
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Sylvia O. Semper, Esq.
Nevada Bar No. 12863
**BALLARD SPAHR LLP**
100 North City Parkway, Suite 1750
Las Vegas, Nevada  89106
Telephone:  (702) 471.7000
Facsimile:  (702) 471.7070
E-mail: vigila@ballardspahr.com
E-mail: sempers@ballardspahr.com

David H. Braff, Esq.*
Matthew A. Schwartz, Esq.*
Andrew H. Reynard, Esq.*
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York  10004
Telephone:  (212) 558.4000
Facsimile:  (212) 558.3500
E-mail: braffd@sullcrom.com
E-mail: schwartzmatthew@sullcrom.com
E-Mail: reynarda@sullcrom.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff and Counterclaim
Defendant, Goldman, Sachs & Co.*

/s/ Joseph C. Peiffer
Robert A. Winner, Esq.
Nevada Bar No. 5167
Brent A. Carson, Esq.
Nevada Bar No. 5903
**WINNER & CARSON, P.C.**
510 South Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 471.1111
Facsimile:  (702) 471.0110
E-mail: raw@winnercarson.com
E-mail: bac@winnercarson.com

Joseph C. Peiffer, Esq.*
**PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE, APLC**
201 St. Charles Avenue
Suite 4610
New Orleans, Louisiana 70170-4600
Telephone:  (504) 523.2434
Facsimile:  (504) 523.2464
E-mail: jpeiffer@prwlegal.com

*Admitted Pro Hac Vice*

*Attorneys for Defendant and Counterclaim
Plaintiff, City of Reno*

**IT IS SO ORDERED.**

_____
ROBERT C. JONES

DATED:  _September 22, 2016